**FILED**
May 23, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____jag_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RONNIE HERNANDEZ, on Behalf of Himself and on Behalf of All Others Similarly Situated, §§§§ | |
| *Plaintiff*, §§ | |
| v. § | CIVIL ACTION: 1:20-CV-895-RP |
| SPARTAN COMPANIES, LLC, §§§ | |
| *Defendan*t. § | |

## ORDER APPROVING FLSA COLLECTIE ACTION SETTLEMENT AND ORDER OF DISMISSAL

Before the Court is the Joint Motion for Order Approving Fair Labor Standards Act Collective Action settlement pursuant t to 29 U.S.C. § 216(b). For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds that the settlement terms negotiated by the parties and described in their Settlement Agreement, a copy of which was attached to the Motion, are a fair and reasonable resolution of a bona fide dispute between the Plaintiff and the Defendant. The Court further finds that the Attorney's Fees and Expense Payment requested in the Motion are reasonable and are approved.

Accordingly, the settlement of the claims of the Plaintiff and Defendant and the procedure to administer the settlement as set forth in the Settlement Agreement are approved. The Parties shall administer the settlement of the claims of the Plaintiff and FLSA Collective Action Members as set forth in the Settlement Agreement.

This lawsuit is DISMISSED WITH PREJUDICE.

ORDERED this 23rd day of May, 2022.

_____
**ROBERT PITMAN
UNITED STATES DISTRICT JUDGE**